**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7085**

CONRAD BURKE,

Plaintiff - Appellant,

versus

CHRIS WEBB; MAJOR ESPINOZA,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Jackson L. Kiser, Senior District Judge. (7:07-cv-00342-jlk)

Submitted:  October 11, 2007          Decided:  October 18, 2007

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Conrad Burke, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Conrad Burke appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Burke v. Webb</u>, No. 7:07-cv-00342-jlk (W.D. Va. July 19, 2007). We deny Burke's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>